UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICHELLE AROCA, MARLENE AUSMUS,          :
ALAN BOHNENKAMP, ANN BRANDT,             :
ELLEN CRAVENS, LINDA CROCKER, LIZ        :
DIENER, DOROTHY DOWNS, PAMELA GILL,      :
GLORIA HOFER, JANICE KEMPER,             :
ROCHELLE LAMBERT, EVA LOWE,              :
ROXANNE MARTIN, PAM MIZEUR, ESTHER       :
ROGERS, VALERIE ROGERS,                  :
                                         :
        Plaintiffs.                      :    Civil Action
v.                                       :    No. 04-11319-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 14, 2004                           Respectfully submitted,
       Boston, Massachusetts

                                               /s/Matthew J. Matule
                                               Matthew J. Matule (BBO #632075)
                                               SKADDEN, ARPS, SLATE,
Of Counsel:                                       MEAGHER & FLOM LLP
Barbara Wrubel                                 One Beacon Street
Katherine Armstrong                            Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                          (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                 Counsel for Defendant
                                                  Boehringer Ingelheim Pharmaceuticals, Inc